# Exhibit A

Lik's "Eternal Flame"

Marchitto's "Inner Glow"

 

Lik's "Stone Temple"                              Marchitto's "Arches"





Lik's "The Chief"                    Marchitto's "The Chief"

 

Lik's "Turning Time"                    Marchitto's "Horseshoe Bend"

 

Lik's "Pristine"                                    Marchitto's "Inner Peace"





Lik's "Echoes of Silence"            Marchitto's "Canyon Glow"

 

Lik's Neptune Beach

Marchitto's "Purple Haze"




Lik's "Mystic Valley"                Marchitto's "First Frost"

     

Lik's "Tree of Zen"                    Marchitto's "Tree of Light"

 

Lik's "Sacred Sunrise"            Marchitto's "Ancient Spirit"

  

Lik's "Temple of Sinawava"    Marchitto's "Zion"

 

Lik's "Heaven On Earth"          Marchitto's "Grand Canyon"




Lik's "Secret Veil"          Marchitto's "Temple of Light"




Lik's "Dark Side of the Moon"          Marchitto's "Moonshadow"



Lik's "Fire Rock"                Marchitto's "Eternal Flame"

 

Lik's "Tranquil Blue"                    Marchitto's "Serenity"

   



Lik's "Coastal Dreams"                    Marchitto's "Harmony"




Lik's "Harmony"                    Marchitto's "Aspen Glow"

 

Lik's "Desert Lights"                    Marchitto's "City Lights"

 

Lik's "Angels Heart"                    Marchitto's "Guardian Angel"

