**LATHAM & WATKINS LLP**
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
*marvin.putnam@lw.com*
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
*robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone:  (424) 653.5500
Facsimile:  (424) 653.5501

**MORAN BRANDON BENDAVID MORAN**
**JEFFERY A. BENDAVID** (Nev. Bar No. 6220)
*j.bendavid@moranlawfirm.com*
630 South 4th Street
Las Vegas, Nevada 89101
Telephone:  (702) 384.8424
Facsimile:  (702) 384.6568

*Attorneys for Plaintiffs*
*Peter Lik and Peter Lik IP Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>            Plaintiffs,<br><br>     v.<br><br>RICHARD MARCHITTO, an individual, RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive.<br><br>            Defendants. | CASE NO.<br><br>**CERTIFICATE OF INTERESTED PARTIES PARTIES REQUIRED BY LR 7.1-1** |

The undersigned counsel of record for PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company, certifies that there are no parties known to counsel other than those participating in the case who have an interest in the outcome of this case.

This representation is made to enable the Judges of the Court to evaluate possible recusal.

DATED this 16th day of September 2016.

**MORAN BRANDON BENDAVID MORAN**

*/s/ Jeffery A. Bendavid, Esq.*
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
630 South 4th Street
Las Vegas, Nevada 89101
(702) 384-8424

**LATHAM & WATKINS LLP**

*/s/ Marvin S. Putnam, Esq.*
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
marvin.putnam@lw.com
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
robert.ellison@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

*Attorneys for Plaintiffs Peter Lik and*
*Peter Lik IP Company, LLC*