**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>RICHARD MARCHITTO, an individual, and RICHARD MARC GALLERY LLC, a Nevada LLC, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case #2:16-cv-02200-RFB-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Marvin S. Putnam_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Latham & Watkins LLP_____
(firm name)

with offices at _____10250 Constellation Boulevard, Suite 1100_____,
(street address)

_____Los Angeles_____, _____California_____, _____90067_____,
(city)                          (state)                    (zip code)

_____(424) 653-5500_____, _____marvin.putnam@lw.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Peter Lik and Peter Lik IP Company, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___May 7, 2001___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___California___ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 10/21/2011 | 212839 |
| U.S. District Court, C.D. California | 11/12/2004 | 212839 |
| U.S. District Court, S.D. New York | 12/19/1995 | 2598449 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association, Member No. 01108583.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ___Los Angeles___ )

____Marvin S. Putnam____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

____day of_____, _____.

_____  SEE ATTACHED CERTIFICATE
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jeffery A. Bendavid____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____630 South 4th Street_____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)           (state)          (zip code)

____(702) 384-8424____, ____j.bendavid@moranlawfirm.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Jeffery A. Bendavid__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Peter Lik, plaintiff
(type or print party name, title)

_____
(party's signature)

Peter Lik IP Company, LLC, plaintiff
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6220                          j.bendavid@moranlawfirm.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1
2
3
4
5
6

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me
on this 22 day of September, 20 16,
   Date             Month             Year
by
(1) Marvin Stanley Putnam
(and (2)_____),
Name(s) of Signer(s)

ANGELA E. SYNIGAL
Commission # 2136079
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2019

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                         *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

─────────────────── **OPTIONAL** ───────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910