1   **LATHAM & WATKINS LLP**
    **MARVIN S. PUTNAM** (California Bar No. 212839)
2   (pro hac vice pending)
    *marvin.putnam@lw.com*
3   **ROBERT J. ELLISON** (California Bar No. 274374)
    (pro hac vice pending)
4   *robert.ellison@lw.com*
    10250 Constellation Blvd., Suite 1100
5   Los Angeles, California 90067
    Telephone:  (424) 653.5500
6   Facsimile:  (424) 653.5501

7   **MORAN BRANDON BENDAVID MORAN**
    **JEFFERY A. BENDAVID** (Nev. Bar No. 6220)
8   *j.bendavid@moranlawfirm.com*
    630 South 4th Street
9   Las Vegas, Nevada 89101
    Telephone:  (702) 384.8424
10  Facsimile:  (702) 384.6568

11  *Attorneys for Plaintiffs*
    *Peter Lik and Peter Lik IP Company, LLC*
12

13                    UNITED STATES DISTRICT COURT

14                         DISTRICT OF NEVADA

15

16  PETER LIK, an individual, and PETER LIK        CASE NO.  2:16-cv-02200-RFB-NJK
    IP COMPANY, LLC, a Nevada limited
17  liability company,

18                  Plaintiffs,                    **ERRATA TO ROBERT J. ELLISON'S**
                                                   **VERIFIED PETITION FOR PERMISSION**
19          v.                                     **TO PRACTICE IN THIS CASE ONLY BY**
                                                   **ATTORNEY NOT ADMITTED TO THE**
20  RICHARD MARCHITTO, an individual,              **BAR OF THIS COURT AND DESIGNATION**
    RICHARD MARC GALLERY LLC, a                    **OF LOCAL COUNSEL**
21  Nevada limited liability company, and DOES
    1-10, inclusive.
22
                    Defendants.
23

24

25

26

27

28

Plaintiffs, PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada Limited Liability Company by and through their attorney of record, MARVIN S. PUTNAM, ESQ. (pro hac vice pending), ROBERT J. ELLISON, ESQ. (pro hac vice pending) of LATHAM & WATKINS LLP and JEFFERY A. BENDAVID, ESQ. of MORAN BRANDON BENDAVID MORAN, hereby files this Errata to Robert J. Ellison's Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel (*Document 12*). Plaintiffs inadvertently omitted the Certificate of Good Standing from the Clerk of the Supreme Court of the State of California. As part of this Errata, is a corrected Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel.

DATED this 29th day of September 2016.

**MORAN BRANDON BENDAVID MORAN**

*/s/ Jeffery A. Bendavid, Esq.*
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
630 South 4th Street
Las Vegas, Nevada 89101
*j.bendavid@moranlawfirm.com*
(702) 384-8424

**LATHAM & WATKINS LLP**

*/s/ Marvin S. Putnam, Esq.*
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
*marvin.putnam@lw.com*
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
*robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

*Attorneys for Plaintiffs Peter Lik and
Peter Lik IP Company, LLC*

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

7
8

Case #2:16-cv-02200-RFB-NJK

PETER LIK, an individual, and PETER LIK
9    IP COMPANY, LLC, a Nevada LLC,

10           Plaintiff(s),

11       vs.

RICHARD MARCHITTO, an individual,
12    RICHARD MARC GALLERY LLC, a

13    Nevada LLC, and DOES 1-10, inclusive,
          Defendant(s).

14

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

**FILING FEE IS $250.00**

15
16

Robert J. Ellison              , Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.      That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP
19                                 (firm name)

20 with offices at          10250 Constellation Boulevard, Suite 1100         ,
                                     (street address)

21          Los Angeles         ,         California         ,    90067   ,
22             (city)                           (state)               (zip code)

23      (424) 653-5500       ,      robert.ellison@lw.com      ,
   (area code + telephone number)              (Email address)

24
25

2.      That Petitioner has been retained personally or as a member of the law firm by

Peter Lik and Peter Lik IP Company, LLC     to provide legal representation in connection with
26              [client(s)]

27 the above-entitled case now pending before this Court.

28

Rev. 5/16

3.     That since ___December 9, 2010___, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | March 18, 2011 | 274374 |
| U.S. District Court, C.D. California | March 16, 2011 | 274374 |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> Los Angeles  County Bar Association, Member No. 01930814.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY

3

4
_____
Petitioner's signature

STATE OF _____California_____ )

5
                                                                                 )

COUNTY OF ____Los Angeles____ )

6

7  _____Robert J. Ellison_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9
_____
Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _____day of_____, _____.

13  _____   SEE ATTACHED CERTIFICATE
           Notary Public or Clerk of Court

14

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate ____Jeffery A. Bendavid____ ,

19
                                                                                                          (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

22  said designated Nevada counsel is:

23  _____630 South 4th Street_____ ,
                                            (street address)

24

25  _____Las Vegas_____ , _____Nevada_____ , ____89101____ ,
              (city)                              (state)                    (zip code)

26  ____(702) 384-8424____ , ____j.bendavid@moranlawfirm.com____ ,
    (area code + telephone number)              (Email address)

27

28                                          4                              Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Jeffery A. Bendavid _____ as
                                                        (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11  Peter Lik, plaintiff
    _____
12  (type or print party name, title)

13  _____
    (party's signature)
14

15  Peter Lik IP Company, LLC, plaintiff
    _____
16  (type or print party name, title)

17                        **CONSENT OF DESIGNEE**
       The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  6220_____        j.bendavid@moranlawfirm.com
    Bar number                   Email address
22

23  APPROVED:

24
    Dated: this _____ day of_____, 20___.
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                              5                            Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

Subscribed and sworn to ~~(or affirmed)~~ before me
on this __22__ day of __September__, 20 __16__.
by       *Date*              *Month*         *Year*
(1) __Robert James Ellison__

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Signature of Notary Public

ANGELA E. SYNIGAL
Commission # 2136079
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2019

*Seal*
*Place Notary Seal Above*

──────── OPTIONAL ────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ROBERT JAMES ELLISON*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that Robert James Ellison, 274374, was on the 9th day of December, 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 7th day of September 2016.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By _____
J. Chapa, Deputy Clerk