**LATHAM & WATKINS LLP**
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
*marvin.putnam@lw.com*
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
*robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653.5500
Facsimile: (424) 653.5501

**MORAN BRANDON BENDAVID MORAN**
**JEFFERY A. BENDAVID** (Nev. Bar No. 6220)
*j.bendavid@moranlawfirm.com*
630 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 384.8424
Facsimile: (702) 384.6568

*Attorneys for Plaintiffs*
*Peter Lik and Peter Lik IP Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD MARCHITTO, an individual, RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 2:16-cv-02200-RFB-NJK<br><br>**ERRATA TO MARVIN S. PUTNAM'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

Plaintiffs, PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada Limited Liability Company by and through their attorney of record, MARVIN S. PUTNAM, ESQ. (pro hac vice pending), ROBERT J. ELLISON, ESQ. (pro hac vice pending) of LATHAM & WATKINS LLP and JEFFERY A. BENDAVID, ESQ. of MORAN BRANDON BENDAVID MORAN, hereby files this Errata to Marvin S. Putnam's Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel (*Document 11*). Plaintiffs inadvertently omitted the Certificate of Good Standing from the Clerk of the Supreme Court of the State of California and Appellate Division of the Supreme Court of the State of New York Second Judicial Department. As part of this Errata, is a corrected Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel.

DATED this 29th day of September 2016.

**MORAN BRANDON BENDAVID MORAN**

*/s/ Jeffery A. Bendavid, Esq.*
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
630 South 4th Street
Las Vegas, Nevada 89101
*j.bendavid@moranlawfirm.com*
(702) 384-8424

**LATHAM & WATKINS LLP**

*/s/ Marvin S. Putnam, Esq.*
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
*marvin.putnam@lw.com*
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
*robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

*Attorneys for Plaintiffs Peter Lik and Peter Lik IP Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada LLC,

Plaintiff(s),

vs.

RICHARD MARCHITTO, an individual, and RICHARD MARC GALLERY LLC, a Nevada LLC, and DOES 1-10, inclusive,

Defendant(s).

Case #2:16-cv-02200-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Marvin S. Putnam (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP (firm name)

with offices at 10250 Constellation Boulevard, Suite 1100 (street address),

Los Angeles (city), California (state), 90067 (zip code)

(424) 653-5500 (area code + telephone number), marvin.putnam@lw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Peter Lik and Peter Lik IP Company, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 7, 2001 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Ninth Circuit | 10/21/2011 | 212839 |
| U.S. District Court, C.D. California | 11/12/2004 | 212839 |
| U.S. District Court, S.D. New York | 12/19/1995 | 2598449 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association, Member No. 01108583.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_______________________
Petitioner's signature

STATE OF California )
COUNTY OF Los Angeles )

Marvin S. Putnam, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_______________________
Petitioner's signature

Subscribed and sworn to before me this

_______ day of _______________, _________.

_______________________ SEE ATTACHED CERTIFICATE
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jeffery A. Bendavid (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

630 South 4th Street,
(street address)

Las Vegas, Nevada, 89101,
(city) (state) (zip code)

(702) 384-8424, j.bendavid@moranlawfirm.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jeffery A. Bendavid (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

Peter Lik, plaintiff
(type or print party name, title)

(party's signature)

Peter Lik IP Company, LLC, plaintiff
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

6220 — Bar number
j.bendavid@moranlawfirm.com — Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

UNITED STATES DISTRICT JUDGE

**CALIFORNIA JURAT WITH AFFIANT STATEMENT** **GOVERNMENT CODE § 8202**

☒ ~~See Attached Document (Notary to cross out lines 1–6 below)~~
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1

2

3

4

5

6

*Signature of Document Signer No. 1* *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to ~~(or affirmed)~~ before me on this 22 day of September, 20 16,
*Date* *Month* *Year*
by
(1) Marvin Stanley Putnam
~~(and (2)~~ ),
*Name(s) of Signer(s)*

ANGELA E. SYNIGAL
Commission # 2136079
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2019

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature [signature]
*Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ______ Document Date: ______

Number of Pages: ____ Signer(s) Other Than Named Above: ______

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***MARVIN STANLEY PUTNAM***

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that Marvin Stanley Putnam, 212839, was on the 7th day of May, 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of September 2016.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: ______________________
*J. Chapa, Deputy Clerk*




# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Marvin Stanley Putnam** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **18 th** day of **May 1994,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 29, 2016.

Aprilanne Agostino

Clerk of the Court