**LATHAM & WATKINS LLP**
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
*marvin.putnam@lw.com*
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
*robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653.5500
Facsimile: (424) 653.5501

**MORAN BRANDON BENDAVID MORAN**
**JEFFERY A. BENDAVID** (Nev. Bar No. 6220)
*j.bendavid@moranlawfirm.com*
630 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 384.8424
Facsimile: (702) 384.6568

*Attorneys for Plaintiffs*
*Peter Lik and Peter Lik IP Company, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD MARCHITTO, an individual, RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 2:16-cv-02200-RFB-NJK<br><br>**PROOF OF SERVICE** |

Attached hereto is Proof of Service of Defendant, RICHARD MARC GALLERY, LLC.

Defendant, RICHARD MARC GALLERY, LLC was served on September 26, 2016.

DATED this 4th day of October 2016.

**MORAN BRANDON BENDAVID MORAN**

/s/ Jeffery A. Bendavid, Esq.
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
630 South 4th Street
Las Vegas, Nevada 89101
j.bendavid@moranlawfirm.com
(702) 384-8424

**LATHAM & WATKINS LLP**

/s/ Marvin S. Putnam, Esq.
**MARVIN S. PUTNAM** (California Bar No. 212839)
(pro hac vice pending)
marvin.putnam@lw.com
**ROBERT J. ELLISON** (California Bar No. 274374)
(pro hac vice pending)
robert.ellison@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067

*Attorneys for Plaintiffs Peter Lik and
Peter Lik IP Company, LLC*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Peter Lik, an Individual and Peter Lik IP Company, LLC a Nevada limited Liability Company <br><br> *Plaintiff(s)* <br> v. <br> Richard Marchitto, an idividual, Richard Marc Gallery LLC, a Nevada Limited Liability Company and Does 1-10, inclusive <br><br> *Defendant(s)* | Civil Action No. 2-16-cv-02200 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard Marchitto, Resident Agent for:
Richard Marc Gallery, LLC
3027 Via Sarafina Drive
Henderson, NV 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffery A. Bendavid, Esq
Moran Brandon Bendavid Moran
630 South 4th Street
Las Vegas, NV 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

9/20/16 - Las Vegas, Nevada
DATE

Case 2:16-cv-02200-RFB-NJK   Document 15   Filed 10/04/16   Page 4 of 4
Case 2:16-cv-02200-RFB-NJK   Document 10-1   Filed 09/20/16   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2-16-cv-02200

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RICHARD MARC GALLERY, LLC
was received by me on *(date)* 9/21/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KIMBERLY FARRAND , who is
designated by law to accept service of process on behalf of *(name of organization)* RICHARD MARC GALLERY, LLC
3027 Via Sarafina Drive, Henderson, Nevada on *(date)* 9/26/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/26/16

Server's signature

Brandon Johnson – PROCESS SERVER #593
*Printed name and title*

P.O. BOX 17234, LAS VEGAS, NV 89114
*Server's address*

Additional information regarding attempted service, etc: