Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Richard Marchitto, and*
*Richard Marc Gallery LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD MARCHITTO, an individual, RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02200-RFB-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER FOR TWO-WEEK EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiffs, PETER LIK and PETER LIK IP COMPANY, LLC, and Defendants, RICHARD MARCHITTO and RICHARD MARC GALLERY LLC, by and through their undersigned counsel, hereby stipulate and agree to a two-week extension of time up to and including October 31, 2016 for Defendants to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request for an extension of time for Defendants to respond to the Complaint. Good cause exists because counsel for Defendants were only recently retained and

counsel requires additional time to investigate the factual background underlying Plaintiffs' claims and therefore effectively respond to the Complaint. Defendants' response is currently due October 17, 2016.

Dated: October 14, 2016.                    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel:  702-420-2001
Fax:  305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Richard Marchitto and Richard Marc Gallery LLC*

Dated: October 14, 2016.                    Respectfully submitted,

/s/ Marvin S. Putnam
Marvin S. Putnam (*pro hac vice*)
Robert J. Ellison (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone:  (424) 653.5500
Facsimile:  (424) 653.5501
marvin.putnam@lw.com
robert.ellison@lw.com

*Attorney for Plaintiffs,*
*Peter Lik and Peter Lik IP Company, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2016