Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,
Richard Marchitto, and
Richard Marc Gallery LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD MARCHITTO, an individual, RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02200-RFB-NJK<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendants Richard Marchitto and Richard Marc Gallery LLC (collectively, "Defendants") hereby move this Court for a one-week extension of time up to and including November 7, 2016 for Defendants to answer or otherwise respond to the Complaint (ECF No. 1). Defendants' response is currently due October 31, 2016. This is the second request for an extension of time for Defendants to respond to the Complaint.

1  Plaintiffs Peter Lik and Peter Lik IP Company, LLC filed this suit on September 16, 2016. On September 26, 2016, Defendants were duly served. On October 14, 2016, the Parties stipulated to a two-week extension of time to respond to the Complaint (ECF No. 19), and the Court ratified the Stipulation on October 17, 2016 (ECF No. 21).

Good cause exists because counsel for Defendants require additional time to investigate the factual background underlying Plaintiffs' claims and therefore effectively respond to the Complaint. No prejudice will befall Plaintiffs should the Court grant this request for an extension of time.

Attorney Ronald D. Green reached out to attorneys for Plaintiffs this morning, on October 31, 2016, and requested the Defendants be granted a further one-week extension of time to respond. *See* **Exhibit 1**, Declaration of Ronald D. Green. Counsel for Plaintiffs indicated that Plaintiffs do not oppose Defendants' request. *See id.*

WHEREFORE, Defendants Richard Marchitto and Richard Marc Gallery LLC respectfully request that this Court grant Defendants a one-week extension of time up to and including November 7, 2016 for Defendants to answer or otherwise respond to the Complaint.

Dated: October 31, 2016.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.
Dated: November 1, 2016

_____
United States Magistrate Judge

Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Richard Marchitto and Richard Marc Gallery LLC*