**Marquis Aurbach Coffing**
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Jared M. Moser, Esq.
Nevada Bar No. 13003
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
lwakayama@maclaw.com
jmoser@maclaw.com
kwilde@maclaw.com
**Law Offices of Philip A. Kantor, P.C.**
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
prsak@aya.yale.edu
   *Attorneys for Defendants*
   *Richard Marchitto, and*
   *Richard Marc Gallery, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>                         Plaintiffs,<br>vs.<br><br>RICHARD MARCHITTO, an individual, RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive,<br><br>                         Defendants. | Case Number:<br>2:16-cv-02200-RFB-NJK |

### STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANTS RICHARD MARCHITTO AND RICHARD MARC GALLERY, LLC

Defendants, Richard Marchitto and Richard Marc Gallery LLC (hereinafter "Defendants"), hereby substitute Liane K. Wakayama, Esq., Jared M. Moser, Esq., and Kathleen Wilde, Esq. of the law firm of Marquis Aurbach Coffing, 10001 Park Run Drive,

MAC:14664-001 2968098_1 12/22/2016 2:49 PM

Las Vegas, Nevada 89145, (702) 382-0711, and Philip A. Kantor, Esq., of the Law Offices of Philip A. Kantor, 1781 Village Center Circle, Suite 120, Las Vegas, Nevada 89134, as attorneys of record in the above-entitled action in place and stead of Marc J. Randazza, Esq., Ronald D. Green, Esq., and Alex J. Shepard, Esq. of the Randazza Legal Group, PLLC.

As required by LR IA 11-6, this substitution of counsel will not result in the delay of discovery, trial, or any hearing in this case.

Dated this 22 day of December, 2016.   RICHARD MARCHITTO, an individual

Dated this 22 day of December, 2016.   RICHARD MARCHITTO, as Owner of Richard Marc Gallery, LLC

I, Liane K. Wakayama, Esq., on behalf of the law firm of Marquis Aurbach Coffing, hereby agree and consent to the above and foregoing substitution of the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C. as counsel of record for Defendants in the place and stead of the Randazza Legal Group, PLLC in the above-entitled action.

Dated this 20TH day of December, 2016.

MARQUIS AURBACH COFFING

By _____
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Jared M. Moser, Esq.
Nevada Bar No. 13003
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*
*Richard Marchitto, and*
*Richard Marc Gallery, LLC*

MAC:00002-241 2968098_1 12/20/2016 9:29 AM

1  I, Philip A. Kantor, Esq., on behalf of the Law Offices of Philip A. Kantor, hereby agree and consent to the above and foregoing substitution of the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C. as counsel of record for Defendants in the place and stead of the Randazza Legal Group, PLLC in the above-entitled action.

Dated this 22 day of December, 2016.

> LAW OFFICES OF PHILIP A. KANTOR, P.C.
>
> By _____
> Philip A. Kantor, Esq.
> Nevada Bar No. 6701
> 1781 Village Center Circle, Suite 120
> Las Vegas, Nevada 89134
> *Attorneys for Defendants*
> *Richard Marchitto, and*
> *Richard Marc Gallery, LLC*

I, Marc J. Randazza, Esq., on behalf of the Randazza Legal Group, PLLC, hereby agree and consent the above and foregoing substitution of the law firms of Marquis Aurbach Coffing and the Law Offices of Philip A. Kantor, P.C. as counsel of record for Defendants in the place and stead of the Randazza Legal Group, PLLC in the above-entitled action.

Dated this 20th day of December, 2016.

> RANDAZZA LEGAL GROUP, PLLC
>
> By _____
> Marc J. Randazza, Esq.
> Nevada Bar No. 12265
> Ronald D. Green, Esq.
> Nevada Bar No. 7360
> Alex J. Shepard, Esq.
> Nevada Bar No. 13582
> 4035 S. El Capitan Way
> Las Vegas, Nevada 89147
> *Former attorneys for Defendants*
> *Richard Marchitto, and*
> *Richard Marc Gallery, LLC*

MAC:00002-241 2968098_1 12/20/2016 9:29 AM

Peter Lik, et al. v. Richard Marchitto, et al.
Case No. 2:16-cv-02200-RFB-NJK
Stipulation for Substitution of Counsel for Defendants Richard Marchitto and Richard Marc Gallery, LLC

## ORDER

Based upon the Stipulation of counsel and Defendants Richard Marchitto and Richard Marc Gallery, LLC, above, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: December 23, 2016

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14664-001 2968098_1 12/22/2016 2:49 PM