LATHAM & WATKINS LLP
  Marvin S. Putnam (*admitted pro hac vice*)
  *marvin.putnam@lw.com*
  Robert J. Ellison (*admitted pro hac vice*)
  *robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653.5500
Facsimile: (424) 653.5501

MORAN BRANDON BENDAVID MORAN
  Jefferey A. Bendavid (Nev. Bar No. 6220)
  *j.bendavid@moranlawfirm.com*
630 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 384.8424
Facsimile: (702) 384.6568

Attorneys for plaintiffs
Peter Lik and Peter Lik IP Company, LLC

MARQUIS AURBACH COFFING
  Liane K. Wakayama, Esq. (Nev. Bar No. 11313)
  *lwakayama@maclaw.com*
  Jared M. Moser, Esq. (Nev. Bar No. 13003)
  *jmoser@maclaw.com*
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

LAW OFFICES OF PHILIP A. KANTOR, P.C.
  Philip A. Kantor, Esq. (Nev. Bar No. 6701)
  *prsak@aya.yale.edu*
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331

Attorneys for defendants Richard Marchitto, and
Richard Marc Gallery, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER LIK, an individual, and PETER LIK IP COMPANY, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICHARD MARCHITTO, an individual, | CASE NO. 2:16-cv-02200-RFB-NJK<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | RICHARD MARC GALLERY LLC, a Nevada limited liability company, and DOES 1-10, inclusive. |
| 2 | |
| 3 | Defendants. |

Plaintiffs Peter Lik and Peter Lik IP Company, LLC ("plaintiffs") and defendants Richard Marchitto and Richard Marc Gallery LLC ("defendants") jointly submit the following stipulation to extend the deadline for plaintiffs to file a consolidated opposition to defendants' motion for partial summary judgment (ECF No. 36), currently due on April 18, 2017, and defendants' motion for partial summary judgment on plaintiffs' Lanham Act claims (ECF No. 37), currently due on April 19, 2017, for fourteen (14) days to May 2, 2017, pursuant to LR IA 6-1:

**I.      Local Rule 6-1**

Under LR IA 6-1(a), every stipulation to extend time must inform the Court of any previous extensions granted and state the reason for the extension requested.

**A.      The Requirements of Local Rule IA 6-1 Are Satisfied.**

This is the first request for an extension of the deadline for plaintiffs to file a consolidated opposition to defendants' summary judgment motions. The parties have agreed in principle to a settlement that will dispose of this litigation in its entirety and are currently negotiating the terms of a written settlement agreement. This extension is requested to allow the parties to finalize their negotiations and the written settlement agreement, and avoid unnecessary litigation costs and waste of judicial resources that would otherwise be invested during the requested fourteen (14) day extension.

Accordingly, the parties jointly request as follows:

1.      The deadline for plaintiffs to file a consolidated opposition to defendants' motion for partial summary judgment (ECF No. 36), currently due on April 18, 2017, and defendants' motion for partial summary judgment on plaintiffs' Lanham Act claims (ECF No. 37), currently due on April 19, 2017, is hereby extended for fourteen (14) days to May 2, 2017.

| | | |
|---|---|---|
| Dated: April 12, 2017 | | LATHAM & WATKINS LLP |
| | | By /s/Robert J. Ellison |
| | | Robert J. Ellison
Attorneys for plaintiffs Peter Lik and
Peter Lik IP Company, LLC |
| Dated: April 12, 2017 | | MARQUIS AURBACH COFFING |
| | | By /s/Liane K. Wakayama |
| | | Liane K. Wakayama
Attorneys for defendants Richard Marchitto
and Richard Marc Gallery LLC |

**IT IS SO ORDERED.**

_____

DATED: April 13, 2017

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

JOINT STIP. TO EXTEND DEADLINE TO
FILE OPPOSITION TO DEFENDANTS' MSJ